UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Appellee, ) | |
| ) | |
| v. ) | No. 24-3087 |
| ) | (1:21-cr-00322-CJN-1) |
| PAUL MAUCHA, ) | |
| Appellant ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. App. P. 27(a), Appellant Paul Maucha, through undersigned counsel, motions this Court for an extension of time (until July 16, 2025), to file an opening brief and joint appendix in this appeal. This is the first motion for an extension of time filed in this matter. Currently, appellant's brief and the joint appendix are due on May 16, 2025. Counsel for the United States Attorney's Office for the District of Columbia, representing the sole-appellee, does not oppose this Motion. Grounds for grant of this motion include:

1. Appellant Maucha appeals his conviction and sentence from a four-day trial from the government's multi-count indictment against him. Mr. Maucha's charges and convictions were for complicated wire fraud and felonious monetary transaction offenses.

1

2. Since undersigned's assignment as Mr. Maucha's counsel, he has been very involved in his appeal. In his communications with counsel, including on May 5, 2025, Mr. Maucha expressed a desire to provide a written statement regarding his review of his proceedings identifying where he believed error occurred. As of this filing counsel has not received Mr. Maucha's review statement.

3. Counsel needs the additional time requested herein to receive Mr. Maucha's statement, and then provide him a copy of any relevant transcripts for both appellant and counsel to review and determine if there exists a related record basis for his arguments. In addition, counsel needs time to conduct further legal research, and to then write and edit an opening brief and to file it, along with the parties' joint appendix, with this Court.

4. Counsels' obligations for filings in other, unrelated, assigned cases also support the need for the additional time requested herein.

5. Mr. Maucha will not be prejudiced by grant of the requested extension of time since he is not scheduled for release until 2032.

6. The USAO for D.C., representing the United States as the sole appellee, does not oppose this motion.

**WHEREFORE** for the foregoing reasons, Mr. Maucha respectfully requests additional time to and including July 16, 2025 to file his opening brief and appendix in this appeal.

                          Respectfully submitted,
                          _____/s/_____
                          Robin M. Earnest
                          D.C. Bar # 458304
                          Earnest Attorney at Law, LLC
                          7600 Ora Glen Dr., No. 241
                          Greenbelt, MD 20768
                          T: 240.463.4625
                          REarnestLaw@gmail.com

                          CJA appointed counsel

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of he foregoing was served via ECF on all counsel of record this 6th day of May, 2025.

                          _____/s/_____

                          Robin M. Earnest

# **CERTIFICATE OF COMPLAINCE**

1. This Motion has been prepared using Word software, Century Schoolbook font, 14-point proportional type size.

2. The body of this document, exclusive of the case caption, title, signature block, contains no more than 531 words.

I understand that a material misrepresentation can result in the Court's striking this document and imposing sanctions. If the Court so requests, I will provide an electronic version of this document and/or a copy of the word or line print-out.

Dated:   5/6/2025              /s/_____
                               Robin M. Earnest